EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | 2026 TSPR 78 |
| | |
| Lourdes M. Collazo Algarín | 218 DPR ___ |

Número del Caso:  TS-12,978

Fecha:  31 de julio de 2026

Representante legal de la peticionaria:

     Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Lourdes M. Collazo Algarín          TS-12,978

Sala de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón.

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de julio de 2026.

Evaluada la *Moción informativa en cumplimiento de Resolución* presentada por la Sra. Lourdes M. Collazo Algarín el 22 de julio de 2026, así como la *Certificación* del Programa de Educación Jurídica Continua (PEJC), se ordena la readmisión de la licenciada Collazo Algarín al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA).

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo